## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LaShawn Reene Jones        BK NO. 24-02343 HWV
       Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

       Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
19 Sep 2025, 12:38:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:24-bk-02343-HWV    Doc 25    Filed 09/19/25    Entered 09/19/25 22:04:05    Desc
Main Document     Page 1 of 1
Document ID: 1e3737654fb2639d21104146f1a28567311e6cfecf406b613f303ea97cc00726