# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: LaShawn Reene Jones**　　　　　　　**BK NO. 24-02343 HWV**
　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Matthew Fissel
　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　19 Sep 2025, 12:38:52, EDT


　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322