**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PA**

Chapter:      13
Case No:      2402343

In re:        LASHAWN RENEE JONES

Account Number:  7271

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 11 filed on or about 11/19/2024 in the amount of $627.69 and in furtherance, states as follows:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case; and

3. In a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or

otherwise participated meaningfully in the case.

On this 4/15/2026.

By:  /s/ Zachery C. Hayes
     Zachery C. Hayes, Bankruptcy Representative
     Portfolio Recovery Associates, LLC
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@portfoliorecovery.com